**07 CV 3075**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTERNATIONAL MARINE UNDERWRITERS,
as Subrogee of AMERICAN STEVEDORING,
INC.,



**JUDGE SWEET**

07 CV    (    )

            Plaintiff(s),

**STATEMENT RULE 7.1**

- against -

MORAN TOWING & TRANSPORTATION
CO. INC.,

            Defendant(s).
-----------------------------------------------------------X

RECEIVED APR 1 6 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant To Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

            SEE ATTACHED

April 16, 2007
Date

Signature of Attorney
JAMES F. SWEENEY (JFS 7745)

## CGU GROUP—Continued

...ured settlement brokers, and the insurer's claims department. ...dual life products are distributed through MGAs and independent ...ents. The group is proactive in promoting MGA success through ...ulating a partnership with MGAs, helping them develop their own ...sive individual business plan, which has resulted in the sale of higher ...mium policies. Managing group producers and managing general ...writers, many of whom were salaried group representatives, work with TPAs to market group life and accident and health products.

### CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
|  | CGU plc | UK |  |
|  | General Accident plc | UK | 100 |
|  | Commercial Union Assurance Company plc | UK | 100A |
| 85047 | General Accident Fire and Life Assur. Corp. plc | UK | 100B |
| 85363 | General Accident Ins. Co. of Puerto Rico Ltd. | PR | 100C |
| 85528 | Scottish Insurance Corporation plc | UK | 100C |
|  | CGU Holdings LLC | DE | 100D |
|  | Commercial Union International Holdings Ltd. | UK | 100D |
|  | CGU Group B.V. | Netherlands | 100E |
|  | CGU International Holdings B.V. | Netherlands | 100 |
|  | CGU International Holdings Luxembourg S.A. | Luxembourg | 100 |
|  | CGU Corporation | DE | 54.1F |
| 02151 | American Employers' Insurance Company | MA | 100 |
| 03799 | American Central Insurance Company | MO | 100 |
| 02193 | The Camden Fire Insurance Association | NJ | 100 |
| 02106 | Commercial Union Insurance Company | MA | 100 |
| 90069 | Commercial Union York Ins. Co. | ME | 100 |
| 02720 | CU Lloyd's of Texas | TX | 100 |
| 03337 | Commercial Union Life Ins Co of Amer | DE | 100 |
| 09098 | CU Life Insurance Co. of New York | NY | 100 |
| 02152 | The Employers' Fire Insurance Company | MA | 100 |
| 02121 | CU Homeland Insurance Company | MA | 100 |
| 02196 | General Accident Ins. Co. of America | PA | 100 |
| 10604 | GA Insurance Company of New York | NY | 100 |
| 02273 | General Accident Reins Co of Amer | CA | 100 |
| 10605 | General Assurance Company | NY | 100 |
| 80466 | Hawkeye-Security Insurance Company | IA | 50.2G |
| 00932 | United Security Insurance Co. | IA | 99.8 |
| 00873 | Western States Insurance Co. | IL | 100 |
| 02375 | Oregon Automobile Insurance Co. | OR | 100 |
| 02372 | North Pacific Insurance Company | OR | 100 |
| 10606 | PG Insurance Company of New York | NY | 100 |
| 13779 | Pilot Insurance Company | Canada | 67.4H |
| 11804 | Potomac Insurance Company | PA | 100 |
| 02526 | Tri-State Insurance Company | OK | 100 |
| 02524 | Farmers and Merchants Ins. Co. | OK | 100 |
| 02525 | Midwestern Insurance Company | OK | 99.9 |
| 02500 | Houston General Insurance Company | TX | 100 |
| 04494 | Houston General Lloyds | TX | 100 |
| 02501 | Traders and General Insurance Co. | TX | 100 |
| 01725 | Traders and Pacific Insurance Co. | DE | 100 |
| 90676 | National Farmers Union Prop & Cas Co | CO | 100 |
| 04037 | National Farmers Union Std Ins Co | CO | 100 |
| 02155 | The Northern Assurance Co. of America | MA | 100 |
| 11229 | Commercial Union Midwest Ins. Co. | WI | 100 |
| 02195 | Pennsylvania General Insurance Co. | PA | 100 |
| 02760 | Potomac Insurance Company of Illinois | IL | 100 |

... ... Commercial Union Assurance ...

One Beacon