UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: **07 CV 3075**

---

Plaintiff/Petitioner: **International Marine Underwriters, as Subrogee of American Stevedoring, Inc.**

Defendant/Respondent: **Moran Towing &Transportation Co., Inc.**

---

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN         ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **04/18/2007** at **2:41 PM**, I served the within **Summons; Verified Complaint; Statement Rule 7.1; Civil Cover Sheet; Individual Practices of Magistrate Judge Maas; and Individual Practices of Judge Robert W. Sweet** on **Moran Towing &Transportation Co., Inc.** at **50 Locust Avenue , New Canaan, CT 06840** in the manner indicated below:

☑ **CORPORATE SERVICE:** By delivering a true copy of each to **Alan Marchisotto, Vice President and General Counsel** of the above named corporation. So served and authorized to accept service.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 55 | 5'10 | 185 |
| Other features: | | | | | |

Sworn to and subscribed before me this
___19___ day of ___April___, 20_07_
by an affiant who is personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: __12/31/08__



Alan Marchisotto
Vice President, General Counsel
Secretary

Moran Towing Corporation
50 Locust Avenue          Tel:  203-442-2846
New Canaan, CT 06840      Fax:  203-442-2857
www.morantug.com          amarchisotto@morantug.com