CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Defendant
7800 River Road
North Bergen, New Jersey 07047

UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTERNATIONAL MARINE UNDERWRITERS :
As Subrogee of AMERICAN STEVEDORING, :
INC., :
: 
Plaintiff, : 07-CV-3075 (RWS)
:
v. :
: **RULE 7.1 DISCLOSURE**
MORAN TOWING AND TRANSPORTATION :
CO., INC., :
:
Defendant. :
------------------------------------------------------------x

Defendant MORAN TOWING AND TRANSPORTATION, LLC (sued herein as Moran Towing & Transportation Co., Inc.) by its attorneys Clark, Atcheson & Reisert, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states that it is a wholly-owned subsidiary of Moran Towing Corporation, a New York corporation the stock of which is owned by Moran Transportation Company, a privately held company.

Dated: North Bergen, New Jersey
       May 8, 2007

By: _____
CLARK, ATCHESON & REISERT
Attorneys for Defendant
Richard J. Reisert (RR-7118)
7800 River Road
North Bergen, New Jersey 07047
Tel: 201-537-1200
Fax: 201-537-1201
Email: reisert@navlaw.com