UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERNATIONAL MARINE UNDERWRITERS
as Subrogee of AMERICAN STEVEDORING, INC.,

                   Plaintiff,                       Docket No.: 07 CV 3075 (RWS)

        - against -

MORAN TOWING & TRANSPORTATION
CO., INC.,

                   Defendant.

------------------------------------------------------------X

## PROPOSED DISCOVERY PLAN

The parties hereto, having conferred by counsel pursuant to Fed. R. Civ. Proc. 26(f), do hereby propose the following discovery plan:

(1) No changes should be made in the timing form or requirement for disclosures under Rule 26(a). The parties have completed their initial disclosures pursuant to Rule 26(a).

(2) Discovery will be needed on the following subjects:

    (a) title to sue;

    (b) navigation of the subject tug and barge;

    (c) liability of defendant; if any; and

    (d) plaintiff's damages, if any.

All discovery herein should be completed by January 15, 2008, without phasing, focusing or limiting the discovery to particular issues;

(3) There are presently no issues relating to disclosure or discovery of electronically stored information;

(4) There are presently no issues relating to claims of privilege or protection as trial-preparation material;

(5) No changes should be made in the limitations on discovery imposed by the Federal Rules of Civil Procedure or by the Local Rules of this Court; and

(6) There are presently no other orders that should be entered by the Court under Fed. R. Civ. Proc. 26(c) or Fed. R. Civ. Proc. 16(b) and (c).

Dated: New York, New York
July 6, 2007

Respectfully submitted,

CLARK ATCHESON & REISERT
*Attorneys for Defendant*

By: _____
Richard J. Reisert  (RJR-7118)
7800 River Road
North Bergen, New Jersey 07047
Tel: (201) 537-1200
Fax: (302) 537-1201

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*

By: _____
James F. Sweeney (JFS-7745)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
(Our File: 10000462 JFS/MJL)

X:\Public Word Files\1\462\LEGAL - SUBROGATION\Proposed Discovery Plan.doc

So ordered
Sweet
USDJ
7-10-07

2