

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INTERNATIONAL MARINE UNDERWRITERS
as Subrogee of AMERICAN STEVEDORING, INC.,      07-CV-3075 (RWS)

                              Plaintiff,

      - against -                                                                **STIPULATION AND ORDER
                                                                                                      OF DISCONTINUANCE**

MORAN TOWING & TRANSPORTATION
CO., INC.,

                              Defendant.
----------------------------------------------------------X

        The above-entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs to either party as against the other.

Dated:     New York, New York
              September 25, 2007

| | |
|---|---|
| NICOLETTI HORNIG & SWEENEY<br>Attorneys for Plaintiff,<br>International Marine Underwrites as Subrogee<br>Of American Stevedoring, Inc. | CLARK, ATCHESON & REISERT<br>Attorneys for Defendants,<br>Moran Towing & Transportation Co., Inc. |
| By: _____<br>James F. Sweeney (JS 7745)<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1801<br>(212) 220-3830 | By: _____<br>Richard J. Reisert (RR 7118)<br>7800 River Road<br>North Bergen, New Jersey 07047<br>(201) 537-1200 |

SO ORDERED:

_____
                          U.S.D.J.

10-17-07